```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                        DISTRICT OF NEBRASKA

REEFER SYSTEMS, INC.,and        )
WILLIAM WILLETT,                )
                                )
          Plaintiffs,           )          8:16CV93
                                )
     v.                         )
                                )
SOUTHARD FINANCIAL, LLC,        )          ORDER
KELLY FINNELL, and EXECUTIVE    )
FINANCIAL SERVICES, INC.,       )
                                )
          Defendants.           )
_____)
```

This matter is before the Court on the stipulated amendment to Rule 26(f) report (Filing No. 38). The Court finds the stipulated amendment should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The stipulated amendment is approved and adopted. The parties had until September 9, 2016, to make initial disclosures.

2) A scheduling conference with the undersigned will be held on:

**Wednesday, October 12, 2016, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, to establish a final

progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 3rd day of October, 2016.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court