IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
REEFER SYSTEMS, INC.,and     )
WILLIAM WILLETT,             )
                             )
          Plaintiffs,        )         8:16CV93
                             )
     v.                      )
                             )
SOUTHARD FINANCIAL, LLC,     )         ORDER
KELLY FINNELL, and EXECUTIVE )
FINANCIAL SERVICES, INC.,    )
                             )
          Defendants.        )
_____)
```

After a planning conference was held with counsel,

IT IS ORDERED that the planning conference will be rescheduled after counsel advises the Court whether or not the matter is successfully mediated.  The parties shall advise the Court within ten days after the date of any mediation.

DATED this 18th day of October, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court