IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
REEFER SYSTEMS, INC.,and      )
WILLIAM WILLETT,              )
                              )
          Plaintiffs,         )      8:16CV93
                              )
     v.                       )
                              )
SOUTHARD FINANCIAL, LLC,      )      ORDER
KELLY FINNELL, and EXECUTIVE  )
FINANCIAL SERVICES, INC.,     )
                              )
          Defendants.         )
_____)
```

       This matter is before the Court on the motion of Jill Robb Ackerman and Baird Holm LLP to withdraw as counsel for defendants Kelly Finnell and Executive Financial Services, Inc. (Filing No. 55).  The Court notes the motion is unopposed and finds it should be granted.  Accordingly,

       IT IS ORDERED that the motion of Jill Robb Ackerman and Baird Holm LLP to withdraw as counsel for defendants Kelly Finnell and Executive Financial Services, Inc., is granted.  The clerk of Court shall remove the names from CM/ECF as counsel for defendants Kelly Finnell and Executive Financial Services, Inc.

       DATED this 28th day of October, 2016.

                              BY THE COURT:

                              /s/ Lyle E. Strom

                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court