IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| REEFER SYSTEMS, INC., and <br> WILLIAM WILLETT, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHARD FINANCIAL, LLC, <br> KELLY FINNELL, and EXECUTIVE <br> FINANCIAL SERVICES, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 8:16CV93 <br><br><br><br><br><br> ORDER |

This matter is before the Court on the joint stipulation of dismissal with prejudice (Filing No. 65). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the joint stipulation of the parties is approved and adopted. This action is dismissed with prejudice in its entirety.

DATED this 6th day of January, 2017.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court